This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 117
The People &c.,
          Appellant,
        v.
Sparkle Daniel,
          Respondent.




          David P. Stromes, for appellant.
          Natalie Rea, for respondent.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Appeal dismissed upon the ground that the reversal by the Appellate Division was not "on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal" (CPL 450.90[2][a]).  Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.


Decided June 30, 2016